tioners.  *Solicitor General McGrath, John R. Benney* and *David London* for respondent.

Nos. 129, 130 and 131.  COLUMBIA GAS & ELECTRIC CORP. *v.* UNITED STATES ET AL.   October 14, 1946.   Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.  THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE JACKSON took no part in the consideration or decision of this application.  *Wm. Dwight Whitney* for petitioner.  *Solicitor General McGrath, Assistant Attorney General Berge, Charles H. Weston, Roger S. Foster, Theodore L. Thau* and *David Ferber* for the United States and the Securities & Exchange Commission; *Oscar S. Rosner* and *Jerome N. Wanshel* for the Green Committee et al.; and *Arthur G. Logan* and *Robert J. Bulkley* for Van Horn et al., respondents.

No. 147.   EARL C. GIBBS, INC. *v.* DEFENSE SUPPLIES CORP. ET AL.   October 14, 1946.   Petition for writ of certiorari to the United States Emergency Court of Appeals denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.  *Wilbur La Roe, Jr.* and *Arthur L. Winn, Jr.* for petitioner.  *Solicitor General McGrath, Robert L. Stern* and *John D. Goodloe* for respondents.

No. 154.   ATLANTIC MEAT CO., INC. *v.* RECONSTRUCTION FINANCE CORP.   October 14, 1946.   Petition for writ of certiorari to the United States Emergency Court of Appeals denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this application.  *Lawrence*